KATHLEEN N. RILEY, as Administratrix of the Estate of WILLIAM H. RILEY, Deceased, Appellant, v. CAPITOL AIRLINES, INC.,

510

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ. CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Respondent, v. BERMAR THEATRE, INC., Appellant, et al., Defendants.— Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ. MORRIS BERMAN, Appellant, v. CITY OF SYRACUSE, Respondent.— Present — Bastow, P. J., Goldman, Halpern and Henry, JJ. LESTER WARRIOR, Appellant, v. MARTIN HARRIS, Respondent.— Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. In the Matter of RICHARD VINCENT BOGAN, an Attorney.— Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ. (Order entered June 13, 1961.)